USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MERLYN MORRIS, Plaintiff, -against- NYU GROSSMAN SCHOOL OF MEDICINE, Defendant. | : | 25-CV-5986 (VEC) POST-CONFERENCE ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a post-discovery conference on Friday, October 2, 2026;

IT IS HEREBY ORDERED that Plaintiff's Age Discrimination in Employment Act claim (Count I), *see* Compl., Dkt. 1 ¶¶ 30–31, is hereby DISMISSED.

IT FURTHER ORDERED that Defendant's motion for summary judgment must be filed not later than **Friday, November 20, 2026**. Plaintiff's opposition and cross-motion for summary judgment must be filed not later than **Friday, January 8, 2027**. Defendant's reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment must be filed not later than **Friday, February 5, 2027**. Plaintiff's reply in support of its cross-motion for summary judgment must be filed not later than **Friday, February 26, 2027**.

IT IS FURTHER ORDERED that expert discovery is STAYED pending resolution of the parties' forthcoming motions for summary judgment.

IT IS FURTHER ORDERED that, to the extent counsel for Defendant, Ms. Jennifer Gonzalez, continues to seek admission *pro hac vice*, she must re-submit her *pro hac vice* application and supporting materials. The filing must be styled as a motion for admission *pro hac vice*, not as a notice of appearance. *Cf.* Dkt. 15.

**SO ORDERED.**

**Date: October 2, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**